

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00339-CV

JERRY E. CRAWFORD AND DEBORAH J. CRAWFORD
v.
GREATHOUSE ROAD PARTNERS, LLC AND TRES GROUP, LLC

On Appeal from the
40th District Court of Ellis County, Texas
Trial Court Cause No. 108213

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

December 15, 2022